■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ABIGAIL ROQUE, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Craw-*

*ford,* 71 AD2d 38). (Appeal from judgment of Supreme Court, Monroe County, Provenzano, J.—grand larceny, third degree.) Present—Dillon, P. J., Doerr, O'Donnell, Pine and Schnepp, JJ.